UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE BOWLING, SHANNON BOWLING, and LINDA BRUNER,<br><br>     Plaintiffs,<br><br>  vs.<br><br>MICHAEL PENCE, in his official capacity as Governor of the State of Indiana; GREGORY ZOELLER, in his official capacity as Attorney General for the State of Indiana; MICHAEL ALLEY, in his capacity as Commissioner of the Indiana Department of Revenue; and ANITA SAMUEL, in her capacity as Executive Director of the Indiana Department of State Personnel,<br><br>     Defendants. | 1:14-cv-00405-RLY-TAB |

## MINUTE ENTRY

Parties appeared telephonically, plaintiffs by Lisa Joachim, Richard Mann and Todd Small, and defendants by Tom Fisher, for the conference set this date. Parties agreed that they wish to resolve this matter expeditiously. As such, dispositive motions are due on **April 21, 2014**.

**SO ORDERED** this 4th day of April 2014.

                _____
                RICHARD L. YOUNG, CHIEF JUDGE
                United States District Court
                Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.