IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE BOWLING, SHANNON BOWLING and LINDA BRUNER, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>MICHAEL PENCE, in his official capacity as Governor of the State of Indiana, GREGORY ZOELLER, in his official capacity as Attorney General for the State of Indiana, MICHAEL ALLEY, in his capacity as Commissioner of the Indiana Department of Revenue; and ANITA SAMUEL, in her capacity as Executive Director of the Indiana Department of State Personnel, )<br><br>Defendants. ) | Case No. 1:14-cv-0405-RLY-TAB |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE FOR ATTORNEYS' FEES AND COSTS

This cause comes before the Court upon Plaintiffs' Unopposed Motion to Extend Time to File for Attorneys' Fees and Costs. The Court, being duly advised in the premises and having considered Plaintiffs' Unopposed Motion to Extend Time to File for Attorneys' Fees and Costs, now finds that said Motion is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that Plaintiffs' Unopposed Motion to Extend Time to File for Attorneys' Fees and Costs is granted and Plaintiffs are granted an extension of time to file for their reasonable attorneys' fees and costs until 95 days after the Seventh Circuit issues its mandate in this case or the case is otherwise resolved in the

Seventh Circuit, or 35 days after any proceedings in the United States Supreme Court are resolved, whichever is later.

Date:  8/28/2014

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all counsel of record via CM/ECF.