UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE BOLWING, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:14-cv-00405-RLY-TAB |
| | ) |
| MICHAEL PENCE, in his official capacity | ) |
| as Governor of the State of Indiana, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT DESIGNATION OF RECORD FOR USE ON APPEAL

In compliance with Circuit Rule 10 and Local Rule 76-1, the parties hereby jointly designate the following items to be included in the record of proceedings for use in the appeal docketed as *Bowling, et al. v. Pence, et al.*, No. 14-2854:

1. **Docket Item 1** – Complaint for Declaratory and Injunctive Relief, including all attachments thereto, filed by Plaintiffs on 03/14/2014

2. **Docket Item 7** – Order Reassigning Case to Judge Richard L. Young and Magistrate Judge Tim A. Baker, entered on 03/18/2014

3. **Docket Item 9** – Notice of Reassignment of Case to Judge Richard L. Young and Magistrate Judge Tim A. Baker, entered on 03/21/2014

4. **Docket Item 17** - Minute Entry, entered on 04/04/2014

5. **Docket Item 19** – Motion for Summary Judgment, filed by Plaintiffs on 04/21/2014

6. **Docket Item 20** – Brief/Memorandum in Support re 19 Motion for Summary Judgment, filed by Plaintiffs on 04/21/2014

7. **Docket Item 21** – Designation of Evidence re 19 Motion for Summary Judgment, 20 Brief/Memorandum in Support of Motion, including all attachments thereto, filed by Plaintiffs on 04/21/2014

8. **Docket Item 25** – Motion for Summary Judgment, filed by Defendants on 05/29/2014

9. **Docket Item 26** – Brief/Memorandum in Support re 25 Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment, filed by Defendants on 05/29/2014

10. **Docket Item 27** – Defendants' Answer to 1 Complaint for Declaratory and Injunctive Relief, filed by Defendants on 06/16/2014

11. **Docket Item 30** – Reply in Support re 19 Plaintiffs' Motion for Summary Judgment and in Response to 25 Defendants' Motion for Summary Judgment, filed by Plaintiffs on 06/26/2014

12. **Docket Item 31** – Designation of Evidence re 30 Reply in Support of Plaintiffs' Motion for Summary Judgment, including all attachments thereto, filed by Plaintiffs on 06/26/2014

13. **Docket Item 35** – Anticipatory Motion for Stay of Judgment Pending Appeal, filed by Defendants on 07/14/2014

14. **Docket Item 36** – First Motion to Supplement Designations, including all attachments thereto, filed by Plaintiffs on 07/21/2014

15. **Docket Item 37** – Notice of Supplemental Designation, including all attachments thereto, filed by Plaintiffs on 07/21/2014

16. **Docket Item 38** – Reply in Support re 25 Motion for Summary Judgment, filed by Defendants on 07/24/2014

17. **Docket Item 39** – Response in Opposition re 35 Anticipatory Motion for Stay of Judgment Pending Appeal, filed by Plaintiffs on 07/24/2014

18. **Docket Item 40** – Order granting Plaintiffs' 36 Motion to Supplement Designations, entered on 08/19/2014

19. **Docket Item 41** – Order granting Plaintiffs' 19 Motion for Summary Judgment, denying Defendants' 25 Motion for Summary Judgment, and granting Defendants' 35 Anticipatory Motion for Stay of Judgment Pending Appeal, entered on 08/19/2014

20. **Docket Item 42** – Closed judgment in favor of Plaintiffs and against Defendants, entered on 08/19/2014

21. **Docket Item 43** – Notice of Appeal as to 41 Order on Motion for Summary Judgment, filed by Defendants on 08/20/2014

22. **Docket Item 44** – Docketing Statement re 43 Notice of Appeal, filed by Defendants on 08/20/2014

Respectfully submitted,

*s/ Thomas M. Fisher*
Thomas M. Fisher
Solicitor General
Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204
Phone: (317) 232-6255
Fax: (317) 232-7979
Email: Tom.Fisher@atg.in.gov
*Counsel for Defendants/Appellants*

*s/ Richard A. Mann* (with permission)
Richard A. Mann
Richard A. Mann, PC
3750 Kentucky Avenue
Indianapolis, IN 46221
Phone: (317) 388-2600
Fax: (317) 388-5622
Email: rmann@mannlaw.us
*Counsel for Plaintiffs/Appellees*

*s/ Megan L. Clearwaters* (with permission)
Megan L. Clearwaters
Richard A. Mann, PC
3750 Kentucky Avenue
Indianapolis, IN 46221
Phone: (317) 388-2600
Fax: (317) 388-5622
Email: mclearwaters@richardmann-lawoffice.com
*Counsel for Plaintiffs/Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Richard A. Mann
    Lisa M. Joachim
    Jennifer A. Mann
    Todd D. Small
    Megan L. Clearwaters
    RICHARD A. MANN, P.C.
    RMann@RichardMann-LawOffice.com
    LJoachim@RichardMann-LawOffice.com
    JMann@MannLaw.us
    TSmall@RichardMann-LawOffice.com
    MClearwaters@MannLaw.us

                                            *s/ Thomas M. Fisher*
                                            Thomas M. Fisher
                                            Solicitor General

Office of the Attorney General
Indiana Government Center South 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 232-6255
Fax: (317) 232-7979
Email: Tom.Fisher@atg.in.gov