# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

January 5, 2015

To:   Laura A. Briggs
      UNITED STATES DISTRICT COURT
      Southern District of Indiana
      United States Courthouse
      Indianapolis , IN 46204-0000

| No.: 14-2854 | MICHELLE BOWLING, SHANNON BOWLING and LINDA BRUNER, Plaintiffs - Appellees<br><br>v.<br><br>MICHAEL R. PENCE, GREG ZOELLER, MICHAEL ALLEY and ANITA SAMUEL, Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:14-cv-00405-RLY-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Richard L. Young ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                          F.R.A.P. 42(b)

STATUS OF THE RECORD:                    no record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                                 **Received by:**

__1/5/2015_____                              *Janet Mathews*_____
                                                                               Deputy Clerk, U. S. District Court

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

January 5, 2015

*By the Court*:

| No.: 14-2854 | MICHELLE BOWLING, SHANNON BOWLING and LINDA BRUNER, Plaintiffs - Appellees  v.  MICHAEL R. PENCE, GREG ZOELLER, MICHAEL ALLEY and ANITA SAMUEL, Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:14-cv-00405-RLY-TAB  Southern District of Indiana, Indianapolis Division  District Judge Richard L. Young ||

Upon consideration of the **MOTION TO DISMISS APPEAL AS MOOT**, filed on January 5, 2015, by counsel for the appellants,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: c7_FinalOrderWMandate(form ID: 137)